Howard N. Wollitz, SBN 58674
Allan J. Favish, SBN 99651
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
(310) 551-7000 • Fax: (310) 203-9321
hwollitz@crwllp.com, afavish@crwllp.com

Attorneys for Plaintiff,
GEMINI INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| GEMINI INSURANCE COMPANY, a corporation, | Case No. 2:10-CV-03172-KJM-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND RELATED EVENTS** |
| vs. | |
| WESTERN MARINE INSURANCE SERVICES CORPORATION, a California Corporation, | |
| Defendant. | |

## STIPULATION

WHEREAS plaintiff Gemini Insurance Company ("Gemini") has filed this action for breach of contract and negligence against defendant Western Marine Insurance Services Corporation ("Westmar") on November 23, 2010;

WHEREAS on November 24, 2010, the court issued an "Order Setting Status (Pretrial Scheduling) Conference" setting April 11, 2011 as the date for a status (pretrial scheduling) conference;

WHEREAS on January 21, 2011, this action was reassigned from Judge Garland E. Burrell, Jr., to Judge Kimberly J. Mueller;

1  WHEREAS on February 14, 2011, the court reset the date of the status
2  (pretrial scheduling) conference to April 27, 2011, with a joint status report to be
3  filed no later than April 13, 2011;
4  WHEREAS on February 17, 2011, Westmar filed an answer to the
5  complaint;
6  WHEREAS on February 17, 2011, Westmar filed a third-party complaint for
7  indemnity and breach of contract against Alliant Insurance Services, Inc.
8  ("Alliant"), David Cranmer ("Cranmer") and Research Specialists, Inc.
9  ("Research");
10  WHEREAS on February 18, 2011, the court issued a summons as to Alliant,
11  Cranmer and Research;
12  WHEREAS on February 17, 2011 Alliant was served by mail with a request
13  that it waive service of a summons pursuant to FRCP 4(d), thereby making its
14  response due April 18, 2011;
15  WHEREAS on February 17, 2011 Cranmer was served by mail with a
16  request that it waive service of a summons pursuant to FRCP 4(d), thereby making
17  his response due April 18, 2011;
18  WHEREAS on February 17, 2011 Research was served by mail with a
19  request that it waive service of a summons pursuant to FRCP 4(d), thereby making
20  its response due April 18, 2011;
21  WHEREAS by the time Gemini and Westmar reach the April 6, 2011
22  deadline for conducting their Federal Rule of Civil Procedure 26 conference, the
23  deadline for Alliant, Cranmer and Research to respond to the third-party complaint
24  will be 12 days thereafter, assuming that Alliant, Cranmer and Research do not
25  respond sooner;
26  WHEREAS if the status (pretrial scheduling) conference remains scheduled
27  for April 27, 2011, it is highly unlikely that Alliant, Cranmer and Research will
28  participate in the FRCP 26 conference currently scheduled to be conducted by

1  April 6, 2011 and in the joint status report to be filed by April 13, 2011;

2  WHEREAS if the status (pretrial scheduling) conference was to be
3  rescheduled for at least 30 days after April 27, 2011, to May 27, 2011, at the
4  earliest, then the participation by Alliant, Cranmer and Research in the FRCP 26
5  conference and the joint status report is virtually assured, thereby making the
6  process more efficient for the parties and the court.

7  THEREFORE, Gemini and Westmar hereby stipulate and agree to the
8  following:

9  The status (pretrial scheduling) conference should be rescheduled for at least
10  30 days after April 27, 2011, to May 25, 2011, at the earliest, and the dates for the
11  parties' Federal Rule of Civil Procedure 26 conference and filing of the joint status
12  report, rescheduled accordingly.

14  March 28, 2011                           CHARLSTON REVICH & WOLLITZ, LLP

16                                           By:  /s/ Howard Wollitz
17                                                Howard Wollitz
                                                  Allan J. Favish
18                                           Attorneys for Plaintiff Gemini Insurance Company

20  March 25, 2011                           MURPHY PEARSON BRADLEY & FEENEY

22                                           By:  /s/ Steven A. Kronenberg
23                                                (as authorized on March 25, 2011)
                                                  Steven A. Kronenberg
24                                           Attorneys for Defendant Western Marine
25                                           Insurance Services Corporation

# ORDER

Pursuant to stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that the status (pretrial scheduling) conference is rescheduled from April 27, 2011, to May 25, 2011.  The parties shall conduct their Federal Rule of Civil Procedure 26 conference no later than May 6, 2011.  The parties shall file a joint status report no later than May 13, 2011.

March 31, 2011.

_____
UNITED STATES DISTRICT JUDGE