IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE CO., | |
| Plaintiff, | 2:10-cv-3172-KJM-JFM |
| vs. | |
| WESTERN MARINE INSURANCE SERVICES CORP., | |
| Defendant. | |
| _____ / | |
| SCOTTSDALE INDEMNITY CO., | |
| Plaintiff, | 2:12-cv-2959-MCE-EFB |
| vs. | |
| GEMINI INSURANCE CO., ALLIANT INSURANCE SERVICES, INC., DAVID CRAMNER, MARINE CLAIMS SERVICES, INC., and WESTERN MARINE INSURANCE SERVICES CORP., | RELATED CASE ORDER |
| Defendants. | |
| _____ / | |

/////

/////

1

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge -- it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 12-cv-2959 is reassigned from Judge Morrison C. England, Jr. to the undersigned and from Magistrate Judge Edmund F. Brennan to Magistrate Judge John F. Moulds. Henceforth, the caption on documents filed in the reassigned case shall be shown as 12-cv-2959-KJM-JFM.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 23, 2013.

_____
UNITED STATES DISTRICT JUDGE