UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>WESTERN MARINE INSURANCE SERVICES CORPORATION,<br><br>      Defendant. | No.  2:10cv3172 KJM DAD<br><br><br>ORDER |

WESTERN MARINE INSURANCE SERVICES CORPORATION,

      Third Party Plaintiff,

  v.

ALLIANT INSURANCE SERVICES, INC., et al.,

      Third Party Defendants,

---

SCOTTSDALE INDEMNITY COMPANY,

      Fourth Party Plaintiff,

  v.

GEMINI INSURANCE COMPANY, et al.,

      Fourth Party Defendants.

1

This case was on calendar on December 12, 2013 for a status conference. Plaintiff/Fourth Party Defendant Gemini Insurance Company was represented by Harold Wollitz; Defendant/Third-Party Plaintiff Western Marine Insurance Services Corporation was represented by Steven Yuen; Fourth Party Plaintiff Scottsdale Indemnity Company was represented by Valerie Moore; defendants Alliant Insurance Services and David Cranmer were represented by Dena Acosta; and Fourth Party Defendant Marine Claims Services, Inc. was represented by David Gorney.

After considering the parties' joint status report and their representations at the hearing, the court makes the following orders:

1. On defendant Western Marine Insurance Services Corporation's ("Westmar"), representation, the court confirms that Westmar has withdrawn its fourteenth affirmative defense that Gemini has no standing to sue.

2. The parties are directed to return to private mediation and must exhaust their efforts at private resolution of this case by April 30, 2014.

3. If the dispute is not resolved through private mediation, the parties are directed to appear for a status conference on May 1, 2014 at 2:30 p.m.; the appearance may be telephonic.

IT IS SO ORDERED.

DATED: December 19, 2013.

_____
UNITED STATES DISTRICT JUDGE