Howard N. Wollitz, SBN 58674
Allan J. Favish, SBN 99651
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
(310) 551-7006 • Fax: (310) 203-9321
hwollitz@crwllp.com, afavish@crwllp.com

Attorneys for Plaintiff, and Fourth-Party Defendant
GEMINI INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WESTERN MARINE INSURANCE SERVICES CORPORATION, a California Corporation,<br><br>　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:10-CV-03172-KJM-CKD (TEMP)<br><br>**STIPULATION PURSUANT TO LOCAL RULE 270(b) FOR SETTLEMENT CONFERENCE WITH ASSIGNED JUDGE, WAIVER OF DISQUALIFICATION, AND VACATION OF DATES FOR SUBMISSION OF JOINT PRETRIAL CONFERENCE STATEMENT, AND FINAL PRETRIAL CONFERENCE; ORDER**<br><br>CTRM:　　3<br>JUDGE:　　Kimberly J. Mueller |

## STIPULATION

WHEREAS the Court issued its order regarding Gemini Insurance Company's Motion for Summary Judgment on June 22, 2016 (ECF No. 142), as a result of which all parties consider a settlement conference to be appropriate at this time,

WHEREAS July 15, 2016, is the deadline for the parties to submit their Joint Pretrial Conference Statement,

{00124179.DOC 1}                                1

WHEREAS the Final Pretrial Conference is scheduled for July 29, 2016,

WHEREAS Local Rule 270(a) states that "a settlement conference shall be held in all actions,"

WHEREAS Local Rule 270(b) states that the assigned Judge shall not conduct the settlement conference unless affirmatively requested to do so by all parties with a written waiver of any claim of disqualification,

THEREFORE, Gemini Insurance Company, Western Marine Insurance Services Corporation, Scottsdale Indemnity Company, Marine Claims Services, Inc., Alliant Insurance Services, Inc., and David Cranmer stipulate and agree that:

1) A settlement conference shall be held in this action pursuant to Local Rule 270(a),

2) All parties affirmatively request that the assigned Judge, Hon. Kimberly J. Mueller, may conduct the settlement conference,

3) All parties waive any claim of disqualification based upon the participation of Judge Mueller in the settlement conference,

4) On a date and time to be determined by the court, all counsel will participate in a conference call with the court for the purpose of selecting a date and time for the settlement conference, and

4) The present dates of July 15, 2016, for submission of the Joint Pretrial Conference Statement, and July 29, 2016, for the Final Pretrial Conference, are vacated, to be rescheduled by the court if the case is not resolved at the settlement conference.

CHARLSTON, REVICH & WOLLITZ LLP

By: /s/ Howard N. Wollitz
Plaintiff, Fourth-Party Defendant
and Cross-Complainant GEMINI
INSURAN CE COMPANY

```
 1                                    HAIGHT BROWN & BONESTEEL, LLP
 2
                                      By: /s/ Valerie A. Moore (as authorized on
 3                                    July 7, 2016)
                                      Attorneys for Intervenor/Fourth-Party
 4                                    Plaintiff SCOTTSDALE INDEMNITY
                                      COMPANY
 5

 6
                                      KRONENBERG LAW, APC
 7

 8                                    By: /s/ Stephen Harold Fleischer-Ihn (as
                                      authorized on July 7, 2016)
 9                                    Attorneys for Defendant/Third-Party
                                      Plaintiff WESTERN MARINE
10                                    INSURANCE SERVICES
                                      CORPORATIONNORTH COUNTY LAW
11                                    FIRM

12
                                      By: /s/ Anton Carl Gerschler (as authorized
13                                    on July 7, 2016)
                                      Attorneys for Third-Party Defendants
14                                    ALLIANT INSURANCE SERVICES, INC.
                                      and DAVID CRANMER; and Fourth-Party
15                                    Defendant ALLIANT INSURANCE
                                      SERVICES, INC.
16

17
                                      MANNING & KASS, ELLROD,
18                                    RAMIREZ, TRESTER LLP

19
                                      By: /s/ David Gorney (as authorized on July
20                                    7, 2016)
                                      Attorneys for Fourth-Party Defendant
21                                    MARINE CLAIMS SERVICES, INC.

22

23  /////

24  /////

25  /////

26  /////

27  /////

28
    /////
```

{00124179.DOC 1}                     3                 2:10-CV-03172-KJM-CKD (TEMP)

Stip for Settlement Conference, Vacation of Dates for Submission of Joint Final Pretrial Conference Statement
and Final Pretrial Conference; Order

# ORDER

IT IS HEREBY ORDERED that:

1) All parties shall participate in the settlement conference as provided by Local Rule 270(a).

2) The parties waive conflict to Judge Mueller acting as settlement judge, however, due to Judge Mueller's trial schedule she is unavailable to participate and Magistrate Judge Edmund F. Brennan has been drawn to act as settlement judge in this matter.

3) A settlement conference is scheduled before Judge Brennan for **September 22, 2016 at 10:00 a.m**. **in Courtroom No. 8, 13th Floor**.

The parties are directed to submit confidential settlement conference statements via e-mail (efborders@caed.uscourts.gov) to Judge Brennan's chambers seven (7) days prior to the settlement conference.  Such statements are neither to be filed with the clerk nor served on opposing counsel.  However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement.  The parties may agree, or not, to serve each other with the settlement statements.  Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  *See* Local Rule 270.

4) The Final Pretrial Conference set for July 29, 2016 is vacated and reset for **November 4, 2016 at 10:00 in Courtroom No. 3**, **15th Floor**, with the parties' Joint Pretrial Conference Statements due on or before **October 14, 2016**.

DATED:  July 13, 2016.

_____
UNITED STATES DISTRICT JUDGE