Howard N. Wollitz, SBN 58674
Allan J. Favish, SBN 99651
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
(310) 551-7006 • Fax: (310) 203-9321
hwollitz@crwllp.com, afavish@crwllp.com

Attorneys for Plaintiff and Fourth-Party Defendant
GEMINI INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN MARINE INSURANCE SERVICES CORPORATION, a California Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:10-cv-03172-KJM-DB<br><br>**STIPULATION FOR RESCHEDULING OF SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>CTRM:          8<br>MAG. JUDGE:   EDMUND F. BRENNAN |

## STIPULATION

WHEREAS the Court has ordered a settlement conference before Magistrate Judge Brennan for September 22, 2016, at 10:00 a.m., in Courtroom No. 8 (ECF No. 144),

WHEREAS on September 15, 2016, Western Marine Insurance Services Corporation filed a Notice of Submission of Confidential Settlement Conference Statement (ECF No. 146),

WHEREAS on September 15, 2016, Gemini Insurance Company filed a Notice of Submission of Settlement Conference Statement (ECF No. 147),

{00126996.DOC 1}                                1

1    WHEREAS on September 16, 2016, Marine Claims Services, Inc., filed a Notice of Submission of Confidential Settlement Conference Statement (ECF No. 148),

4    WHEREAS Local Rule 270(f)(1) states, in part, that "counsel shall be accompanied in person by a person capable of disposition, or shall be fully authorized to settle the matter at the settlement conference on any terms,"

7    WHEREAS Joseph M. Pojman, Senior Vice President of Claims for Berkley Program Specialists (Berkley), the authorized program administrator for plaintiff Gemini Insurance Company, is the only person fully authorized to settle the matter on behalf of Gemini, and was scheduled to attend the settlement conference as Gemini's authorized representative,

12    WHEREAS Mr. Pojman sustained a death in his family over this past weekend,

14    WHEREAS Mr. Pojman will be attending the funeral for his family member on September 22, 2016, in Chicago, Illinois, and it will not be possible for Mr. Pojman to attend the settlement conference on that day,

17    WHEREAS the settlement conference has been removed from the calendar for September 22, 2016, after the court was informed of the facts stated above,

19    THEREFORE, Gemini Insurance Company, Western Marine Insurance Services Corporation, Scottsdale Indemnity Company, Marine Claims Services, Inc., Alliant Insurance Services, Inc., and David Cranmer stipulate and agree that the settlement conference shall be rescheduled to December 6 or December 8, 2016, or to a date and time to be determined by the Court.

CHARLSTON, REVICH & WOLLITZ LLP


By:   /s/ Howard N. Wollitz
Attorneys for Plaintiff/Fourth-Party Defendant
GEMINI INSURANCE COMPANY

CARROLL MCNULTY KULL LLC


By:   /s/ Gary S. Kull
      (as authorized on September 19, 2016)
Attorneys for Intervenor/Fourth-Party Plaintiff
SCOTTSDALE INDEMNITY COMPANY


KRONENBERG LAW, APC


By:   /s/ Stephen Harold Fleischer-Ihn
      (as authorized on September 19, 2016)
Attorneys for Defendant/Third-Party Plaintiff
WESTERN MARINE INSURANCE SERVICES
CORPORATION


NORTH COUNTY LAW FIRM


By:   /s/ Anton Carl Gerschler
      (as authorized on September 19, 2016)
Attorneys for Third-Party Defendants ALLIANT
INSURANCE SERVICES, INC. and DAVID
CRANMER; and Fourth-Party Defendant
ALLIANT INSURANCE SERVICES, INC.


MANNING & KASS, ELLROD, RAMIREZ,
TRESTER LLP


By:   /s/ David Gorney
      (as authorized on September 20, 2016)
Attorneys for Fourth-Party Defendant MARINE
CLAIMS SERVICES, INC.

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the settlement conference is rescheduled for December 6, 2016 at 10:00 a.m. in Courtroom No. 8.

Dated:  September 21, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE