David Gorney (State Bar No. 100801)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Fourth-Party Defendant,
MARINE CLAIMS SERVICES, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN MARINE INSURANCE SERVICES CORPORATION, a corporation,<br><br>Defendant. | Case No. **2:10-CV-03172-KJM-DB)**<br><br>**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE OF FOURTH-PARTY DEFENDANT MARINE CLAIMS SERVICES, INC. [FRCP 41(a)(1)]**<br><br>The Hon. Kimberly J. Mueller |
| AND RELATED CROSS-ACTIONS. | |

Pursuant to Fed. Rules of Civ. Proc., Rule 41(a)(1) and the joint stipulation placed upon and memorialized on the record during the June 5, 2017 Mandatory Settlement Conference, the Hon. Kimberly J. Mueller, United States District Judge presiding, it is agreed and stipulated that Fourth-Party Defendant Marine Claims Services, Inc. ("MCS") is dismissed, with prejudice, from the Fourth-Party

/ / /

/ / /

/ / /

/ / /

Complaint of Scottsdale Indemnity Company, a corporation ("SIC"), in exchange for MCS' waiver of costs of and from SIC.

DATED: June 8, 2017

**KENNEDYS CMK LLP**

By: _/s/ Gary Scott Kull_
Gary Scott Kull
Attorneys for Fourth Party Plaintiff
Scottsdale Indemnity Company

DATED: June ___, 2017

**LAW OFFICES OF CHARLESTON, REVICH & WOLLITZ, LLP**

By: _____
Howard N. Wollitz
Attorneys for Plaintiff and Fourth-Party Defendant Gemini Insurance Company

DATED: June ___, 2017

**NORTH COUNTY LAW FIRM**

By: _____
Anton Carl Gerschler
Attorneys for Third-Party Defendants Alliant Insurance Services, Inc. and David Cranmer; and Fourth Party Defendant, Alliant Insurance Services, Inc.

/ / /
/ / /
/ / /

Complaint of Scottsdale Indemnity Company, a corporation ("SIC"), in exchange for MCS' waiver of costs of and from SIC.

DATED: June ___, 2017  **KENNEDYS CMK LLP**

By: _____
Gary Scott Kull
Attorneys for Fourth Party Plaintiff
Scottsdale Indemnity Company

DATED: June ___, 2017  **LAW OFFICES OF
CHARLSTON, REVICH &WOLLITZ, LLP**

By: _____/S/_____
Howard N. Wollitz
Attorneys for Plaintiff and Fourth-Party
Defendant Gemini Insurance Company

DATED: June ___, 2017  **NORTH COUNTY LAW FIRM**

By: _____/S/_____
Anton Carl Gerschler
Attorneys for Third-Party Defendants
Alliant Insurance Services, Inc. and David Cranmer; and Fourth Party Defendant, Alliant Insurance Services, Inc.

/ / /

/ / /

/ / /

1 | DATED: June ___, 2017        **KRONENBERG LAW, P.C.**
2
3
4                                     By: _____/S/_____
5                                          Stephen Fleischer-Ihn
                                            Attorney for Defendant and Third-Party
6                                           Plaintiff, Western Marine Insurance
                                            Services Corp.
7
8 | DATED: June ___, 2017        **MANNING & KASS**
                                    **ELLROD, RAMIREZ, TRESTER LLP**
9
10
11                                    By: _____[signature]_____
12                                         David Gorney
                                           Attorneys for Fourth-Party Defendant,
13                                         MARINE CLAIMS SERVICES, INC.

3

**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE OF FOURTH-PARTY DEFENDANT MARINE CLAIMS SERVICES, INC. [FRCP 41(a)(1)]**