Howard N. Wollitz, SBN 58674
Allan J. Favish, SBN 99651
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
(310) 551-7006 • Fax: (310) 203-9321
hwollitz@crwllp.com, afavish@crwllp.com

Attorneys for Plaintiff and Fourth-Party Defendant,
GEMINI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN MARINE INSURANCE SERVICES CORPORATION, a California Corporation, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 2:10-CV-03172-KJM-DB <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |

GEMINI INSURANCE COMPANY, WESTERN MARINE INSURANCE SERVICES CORPORATION, ALLIANT INSURANCE SERVICES, INC., DAVID CRANMER, MARINE CLAIMS SERVICES, INC., and SCOTTSDALE INDEMNITY COMPANY submit this Joint Status Report Regarding Settlement regarding the Court's Minute Order dated June 22, 2017 [Docket Entry No. 174].

Dispositional documents cannot be filed by July 21, 2017, because the final language of the Settlement Agreement and Release was just agreed upon on July 18, 2017, by all counsel except Anton Gerschler, counsel for Alliant Insurance Services and David Cranmer. Mr. Gerschler was under the weather, and hopes to complete his review today. In order for the

agreed-upon language of the Settlement Agreement and Release to be incorporated into a final document, for the signatures to be obtained on that document, and for the wire-transfer payments to be made to Gemini, the parties request that the Court enter its order extending the time for the filing of dispositional documents through August 21, 2017.

CHARLSTON, REVICH & WOLLITZ LLP

By: /s/ Howard N. Wollitz
Plaintiff, Fourth-Party Defendant
and Cross-Complainant GEMINI INSURANCE COMPANY

KENNEDYS CMK LLP

By: /s/ Gary S. Kull (as authorized on July 19, 2017)
Attorneys for Intervenor/Fourth-Party Plaintiff
SCOTTSDALE INDEMNITY COMPANY

KRONENBERG LAW, APC

By: /s/ Stephen Harold Fleischer-Ihn (as authorized on July 19, 2017)
Attorneys for Defendant/Third-Party Plaintiff WESTERN MARINE INSURANCE SERVICES CORPORATION

NORTH COUNTY LAW FIRM

By: /s/ Anton Carl Gerschler (as authorized on July 19, 2017)
Attorneys for Third-Party Defendants ALLIANT INSURANCE SERVICES, INC. and DAVID CRANMER; and Fourth-Party Defendant ALLIANT INSURANCE SERVICES, INC.

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

By: /s/ David Gorney (as authorized on July 19, 2017)
Attorneys for Fourth-Party Defendant MARINE CLAIMS SERVICES, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, the following document was electronically filed with the Clerk of the Court for the United States District Court, Eastern District of California, by using the CM/ECF Electronic Filing System.

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Los Angeles, California, this 20th day of July 2017.

*/s/ Joey Lamphier*

JOEY LAMPHIER,
Assistant to
HOWARD WOLLITZ,
Attorneys for Plaintiff and Fourth-Party Defendant
GEMINI INSURANCE COMPANY