Howard N. Wollitz, SBN 58674
Allan J. Favish, SBN 99651
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
(310) 551-7006 • Fax: (310) 203-9321
hwollitz@crwllp.com, afavish@crwllp.com

Attorneys for Plaintiff and Fourth-Party Defendant,
GEMINI INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN MARINE INSURANCE SERVICES CORPORATION, a California Corporation,<br><br>    Defendant. | Case No. 2:10-CV-03172-KJM-DB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| AND RELATED CROSS-ACTIONS. | |

WHEREAS, on December 20, 2010, plaintiff Gemini Insurance Company filed its Complaint for Breach of Contract and Negligence in this action against Western Marine Insurance Services Corporation [ECF 1];

WHEREAS, on February 17, 2011, defendant Western Marine Insurance Services Corporation filed its Third-Party Complaint for Indemnity and Breach of Contract against Alliant Insurance Services, Inc., David Cranmer, and Research Specialists, Inc. [ECF 10];

WHEREAS, by Order filed July 18, 2012, Third-Party Defendant Research Specialists, Inc. was dismissed from this action [ECF 12];

WHEREAS, on March 20, 2013, Scottsdale Indemnity Company, as subrogee of Western Marine Insurance Services Corporation, filed its Fourth-Party Complaint for Subrogation, Unjust Enrichment, Indemnification and Negligence against Gemini Insurance Company, Alliant Insurance Services, Inc., and Marine Claims Services, Inc. [ECF 56];

WHEREAS, on June 5, 2017, by stipulation of all parties and Order of the Court entered on the record, and pursuant to the Stipulation and Notice of Dismissal with Prejudice filed June 9, 2017, Fourth-Party Defendant Marine Claims Services, Inc. was dismissed from this action [ECF 171]; and

WHEREAS, the entire action has been resolved by settlement,

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Gemini Insurance Company, Western Marine Insurance Services Corporation, Alliant Insurance Services, Inc., David Cranmer, and Scottsdale Indemnity Company that this entire action shall be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its or his own legal fees and costs.

CHARLSTON, REVICH & WOLLITZ LLP

By: /s/ Howard N. Wollitz
Plaintiff, Fourth-Party Defendant
and Cross-Complainant GEMINI INSURANCE COMPANY

KENNEDYS CMK LLP

By: /s/ Nicholas A. Vytell (as authorized on August 14, 2017)
Attorneys for Intervenor/Fourth-Party Plaintiff
SCOTTSDALE INDEMNITY COMPANY

1  KRONENBERG LAW, APC

2
   By: /s/ Stephen Harold Fleischer-Ihn (as authorized on
3  August 9, 2017)
   Attorneys for Defendant/Third-Party Plaintiff WESTERN
4  MARINE INSURANCE SERVICES CORPORATION

5
   NORTH COUNTY LAW FIRM
6

7  By: /s/ Anton Carl Gerschler (as authorized on August 9,
   2017)
8  Attorneys for Third-Party Defendants ALLIANT
   INSURANCE SERVICES, INC. and DAVID CRANMER;
9  and Fourth-Party Defendant ALLIANT INSURANCE
   SERVICES, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, the following document was electronically filed with the Clerk of the Court for the United States District Court, Eastern District of California, by using the CM/ECF Electronic Filing System.

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Los Angeles, California, this 16th day of August 2017.

_____
JOEY LAMPHIER,
Assistant to
HOWARD WOLLITZ,
Attorneys for Plaintiff and Fourth-Party Defendant
GEMINI INSURANCE COMPANY